SEYFARTH SHAW LLP
Christian J. Rowley (SBN 187293)
crowley@seyfarth.com
Sean T. Strauss (SBN 245811)
sstrauss@seyfarth.com
Everett J. McLean, II (SBN 335189)
emclean@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:     (415) 397-2823
Facsimile:     (415) 397-8549

Attorneys for Defendant
KAISER FOUNDATION HOSPITALS

W. Zev Abramson, Esq. #289387
wza@Abramsonlabor.com
Nissim M. Levin, Esq. #306376
Nissim@Abramsonlabor.com
Baruch Kreiman, Esq. #306306
Baruch@Abramsonlabor.com
ABRAMSON LABOR GROUP
11846 Ventura Blvd. Ste. 100
Studio City, California 91604
(213) 493-6300 - Telephone
(213) 382-4083 - Facsimile

Attorneys For Plaintiff,
Amadi Lewis

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMADI LEWIS, an individual,<br><br>                    Plaintiff,<br><br>          v.<br><br>KAISER FOUNDATION HOSPITALS, a California corporation; and DOES 1-100, inclusive,<br><br>                    Defendants. | Case No.:  4:22-CV-03798-HSG<br><br>**STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date:          September 27, 2022<br>Time:          2:00 p.m.<br>Judge:        Hon. Haywood S. Gilliam, Jr.<br>Location.:   Courtroom 2, 4th Floor<br>                  Oakland, CA 94612 |

Pursuant to Civil Local Rule 7-12, Plaintiff Amadi Lewis ("Plaintiff") and Defendant Kaiser Foundation Hospitals ("KFH") (hereafter collectively, "the Parties"), hereby submit this stipulated request to continue the Initial Case Management Conference, currently set for September 27, 2022, by one month, to October 27, 2022, or to another day consistent with the Court's calendar.

WHEREAS, pursuant to the Court's June 28, 2022 Order Setting Initial Case Management Conference and ADR Deadlines [Dkt. #7], the Initial Case Management Conference is presently set for September 27, 2022;

WHEREAS, September 27, 2022 is Rosh Hashanah, and counsel for Plaintiff will accordingly be unable to participate in in the Initial Case Management Conference on that date;

WHEREAS, on August 2, 2022, KFH filed a Motion to Dismiss Plaintiff's First Amended Complaint ("FAC") [Dkt. #14], which requested that the Court to dismiss the FAC with prejudice and without leave to amend as to all claims advanced therein;

WHEREAS, on August 16, 2022, Plaintiff filed an Opposition to the Motion to Dismiss [Dkt. #15] in which he argues that no claim in the FAC should be dismissed and, if the Court is inclined to grant the Motion to Dismiss, that the Court should also grant leave to amend;

WHEREAS, the hearing on KFH's Motion to Dismiss the FAC is presently set for October 27, 2022 at 2:00 p.m.;

WHEREAS, the Parties believe that the Court's ruling on the Motion to Dismiss the FAC will significantly inform matters to be discussed during the Initial Case Management Conference, including but not limited to the scope of initial disclosures, the possibility of early settlement, and a discovery plan for the case;

WHEREFORE, the Parties agree that the Initial Case Management Conference should be continued to October 27, 2022, to be held coincident with the hearing on KFH's Motion to Dismiss the FAC, or to a date thereafter that is convenient for the Court.

The parties accordingly STIPULATE AND AGREE through respective counsel and REQUEST THAT THE COURT ORDER that good cause exists to continue the initial case management conference until 2:00 P.M. PDT on October 27, 2022, or as soon thereafter as is convenient for the Court. The parties further STIPULATE AND AGREE that, subject to the Court's approval, all attendant deadlines

1

under the federal and local rules shall be similarly continued, as stated in the Court's Order Setting Initial Case Management Conference and ADR Deadlines [Dkt. #7].

DATED: September 2, 2022                        Respectfully submitted,

                                                SEYFARTH SHAW LLP


                                                By:  _/s/ Sean T. Strauss_____
                                                     Christian J. Rowley
                                                     Sean T. Strauss
                                                     Everett J. McLean, II
                                                     Attorneys for Defendant
                                                     KAISER FOUNDATION HOSPITALS

DATED: September 2, 2022                        ABRAMSON LABOR GROUP


                                                By:  _/s/ Baruch Kreiman_____
                                                     W. Zev Abramson, Esq.
                                                     Nissim M. Levin, Esq.
                                                     Baruch Kreiman, Esq.
                                                     Attorneys for Plaintiff
                                                     AMADI LEWIS

2

**L.R. 5-1(i)(3) ATTESTATION**

      Pursuant to Civil L.R. 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                          */s/ Sean T. Strauss*
                                          Sean T. Strauss

1

## __ORDER__

2      Having considered the parties' stipulation, and for good cause shown, the Court hereby orders:

3   The Initial Case Management Conference is continued to October 27, 2022, at 2:00 P.M. All attendant

4   deadlines are likewise continued.

5

6   Dated: _____9/2/2022_____

7                                                      Hon. Haywood S. Gilliam, Jr.
                                                       U.S. District Judge
8

9   86564770v.1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4